UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARL DIXON,

        Plaintiff,

v.

WILLIAM A. FORSYTH et al.,

        Defendants.

_____/

Case No. 1:22-cv-557

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A.

Dated:  August 9, 2022                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge